## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

IN RE:

Stefania Kelepouris,                            Case Number:  20-14714
*fka Stefania Papadimitriou*
    Debtor


Carvana LLC,                                    Chapter 7
    Movant

v.

Stefania Kelepouris, Debtor,
Jeffrey A. Weinman, Trustee,                    Judge:  Elizabeth E. Brown
    Respondents

---

### MOTION FOR ABANDONMENT PURSUANT TO 11 U.S.C. § 554

    **COMES NOW**, Carvana LLC ("Movant"), by and through its undersigned counsel, and for

its Motion for Abandonment states as follows:

1.  The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 554, and various other

    applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy

    Procedure and the laws of the United States of America.

2.  The Debtor listed above (collectively, the "Debtor") filed a voluntary petition pursuant to

    Chapter 7 of the Bankruptcy Code on July 10, 2020.  The Debtor was discharged October

    13, 2020.

3.  On January 20, 2020, Debtor, Stefania Papadimitriou, executed a Retail Installment

    Contract pertaining to the purchase of a 2012 JEEP GRAND CHEROKEE - VIN

    1C4RJFAG8CC342690 ("Vehicle"), a copy of which is attached hereto as **Exhibit A**.

4.  Movant provided the Debtor with the financing to purchase the Vehicle and perfected

    their lien.  A copy of the title is attached as **Exhibit B**.

5.  The payoff balance as of December 1, 2020 is $15,808.29.

6.  According to the N.A.D.A. Guide, the retail value of the Vehicle is $11,650.00.  A copy of said N.A.D.A. Guide is attached as **Exhibit C**.

7.  The post-petition payment address is:  Carvana LLC, PO BOX 29018, PHOENIX, AZ 85038

8.  Upon information and belief, the Collateral "has not" been claimed exempt by the Debtors.

9.  The Movant is currently in possession of the vehicle and is looking to seek an abandonment order so they may sell the vehicle.

10. Movant is entitled to abandonment under 11 U.S.C. § 554, as the Debtor is past due for the October 20, 2020 payment and all subsequent payments in the amount of $796.00. There is no equity available for the benefit of unsecured creditors, and the vehicle is of inconsequential value to the estate.

11. A payment history is attached to this Motion as **Exhibit D**.

**WHEREFORE**, Carvana LLC, requests this Court order abandonment with regard to the

Property known as 2012 JEEP GRAND CHEROKEE - VIN 1C4RJFAG8CC342690 to enable

Movant to enforce its state law remedies and for all other relief as is just.

DATED:  12/4/2020

Respectfully Submitted,

_/s/ Jon J. Lieberman_____
Jon J. Lieberman (OH Bar ID: 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

CO-102 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC | Stefania Papadimitriou | No. | |
| 63 PIERCE RD | 6001 S Yosemite St | Date | 01/20/20 |
| WINDER GA 30680-7280 | Greenwood Village CO 80111 | | |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate The cost of your credit as a yearly rate. | Finance Charge The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 600.00 |
|---|---|---|---|---|
| 19.96 % | $ 10,310.87 | $ 15,837.50 | $ 26,148.37 | $ 26,748.37 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 65 | $ 398.00 | monthly beginning 02/20/20 |
| 1 | $ 278.37 | 07/20/25 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of $15.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2012 | Jeep | Grand Cherokee | Sport Utility | 1C4RJFAG8CC342690 | 95459 |

☐ New
☒ Used
☐ Demo

Other:
N/A

## Description of Trade-In

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: _____ N/A
_____ N/A _____ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is received. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ _____ 15,837.50 _____ plus finance charges accruing on the unpaid balance at the rate of _____ 19.96 _____ % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and

late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Additional Charge.** You agree to pay an additional charge of
$ _____ N/A _____ that will be ☐ paid in cash. ☐ financed over the term of the Contract.

You agree that this fee will be refunded:
◆ To the extent that the total finance charge exceeds the amount permitted by law, if this Contract is prepaid.
◆ To the extent required by law if the Contract is refinanced or consolidated.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of
$ _____ N/A _____ if you pay this Contract in full before we have earned that much in finance charges.

*SP*

☒ **Apply Colorado UCCC.** Although the Colorado Uniform Consumer Credit Code (UCCC) may not otherwise apply, you and we agree to make this Contract subject to it, so that for purposes of the UCCC this is a consumer credit transaction, subject to the UCCC's terms, including permissible rates and charges.

## Itemization of Amount Financed

a. **Cash Price** of Vehicle, etc. (incl. sales tax of $ 654.50 )   $ 16,054.50
b. Trade-in allowance   $ 0.00
c. Less: Amount owing, paid to (includes k):   N/A   $ N/A
d. Net trade-in (b-c; if negative, enter $0 here and enter the amount on line k)   $ 0.00
e. Cash payment   $ 600.00
f. Manufacturer's rebate   $ 0.00
g. Deferred down payment   $ 0.00
h. Other down payment (describe)   N/A   $ N/A
i. **Down Payment** (d+e+f+g+h)   $ 600.00
j. **Unpaid balance of Cash Price** (a-i)   $ 15,454.50
k. Financed trade-in balance (see line d)   $ 0.00
l. Paid to public officials, including filing fees   $ 383.00
m. Insurance premiums paid to insurance company(ies)   $
n. Service Contract, paid to:   N/A   $ 0.00
o. Delivery and handling fee*   $ 0.00
p. To: N/A   $ N/A
q. To: N/A   $ N/A
r. To: N/A   $ N/A
s. To: N/A   $ N/A
t. To: N/A   $ N/A
u. To: N/A   $ N/A
v. To: N/A   $ N/A
w. To: N/A   $ N/A
x. To: N/A   $ N/A
y. To: N/A   $ N/A
z. **Total Other Charges/Amts Paid** (k thru y)   $ 383.00
aa. **Prepaid Finance Charge**   $ 0.00
bb. **Amount Financed** (j+z-aa)   $ 15,837.50

We may retain or receive a portion of any amounts paid to others.

\* This charge represents costs and additional profit to the Seller/dealer for items such as inspecting, cleaning, and adjusting new and used vehicles.

*[This area intentionally left blank.]*

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**
☐ Single   ☐ Joint   ☐ None
Premium $ N/A   Term N/A
Insured N/A

**Credit Disability**
☐ Single   ☐ Joint   ☐ None
Premium $ N/A   Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

N/A   N/A
By:   DOB

N/A   N/A
By:   DOB

N/A   N/A
By:   DOB

**Property Insurance.** You must insure the Property. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ 1,000.00 . If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:
☐ $ N/A Deductible, Collision Cov.   $ N/A
☐ $ N/A Deductible, Comprehensive   $ N/A
☐ Fire-Theft and Combined Additional Cov.   $ N/A
☐   $ N/A

**THIS CONTRACT DOES NOT PROVIDE FOR AUTOMOBILE LIABILITY INSURANCE, AND SAID BUYER ALSO STATES THAT HE OR SHE HAS / ~~DOES NOT HAVE~~ (STRIKE WORDS NOT APPLICABLE) IN EFFECT AN AUTOMOBILE LIABILITY POLICY AS DEFINED IN SECTION 42-7-103(2), COLORADO REVISED STATUTES, ON THE MOTOR VEHICLE SOLD BY THIS CONTRACT.**

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage.

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ Service Contract

| Term | N/A  months |
| --- | --- |
| Price | $            0.00 |
| Coverage | N/A |

☐ Gap Waiver or Gap Coverage

| Term | 66  months |
| --- | --- |
| Price | $            0.00 |
| Coverage | |

☐ N/A

| Term | N/A |
| --- | --- |
| Price | $      N/A |
| Coverage | N/A |

*Stefania Papadimitriou*                          01/20/20

By: Stefania Papadimitriou                       Date

_____ N/A _____ N/A _____
By:                                              Date

_____ N/A _____ N/A _____
By:                                              Date

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract.Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full, or in part if the payment is not less than $5.00, at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Balloon Payment.** If any scheduled payment is more than twice as large as the average of all other regularly scheduled payments, you may refinance that payment when due at our prevailing rates if you meet our normal credit standards at that time. This right only applies in connection with consumer credit transactions and will not apply if we are not in the business of making such transactions. This right does not apply if your payment schedule is adjusted for seasonal or irregular income, or we do not offer similar credit at that time.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of $25.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Colorado and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

♦ You fail to perform any obligation that you have undertaken in this Contract.

♦ We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default you agree to pay our reasonable costs for realizing on the collateral, and our reasonable attorneys' fees not in excess of 15% of the unpaid debt after default and referral to an attorney not a salaried employee of ours, or such other amount as may be approved by a court. (We cannot collect attorneys' fees for the preparation of a cure notice.)

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you default on this Contract, we may exercise the remedies provided by law and this Contract after we have given you any notice and opportunity to cure the default that the law requires. Those remedies include:

♦ We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

♦ We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so, provided we give you prior notice and a reasonable opportunity to perform. We are not required to make any such payments or repairs. You will repay us that amount when we tell you to do so. That amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.

♦ We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

♦ We may immediately take possession of the Property by legal process or self-help, but in doing so we may not enter into a dwelling, use force or otherwise breach the peace.

♦ We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

♦ Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- ◆ You must pay this Contract even if someone else has also signed it.
- ◆ We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- ◆ We may release any security and you will still be obligated to pay this Contract.
- ◆ If we give up any of our rights, it will not affect your duty to pay this Contract.
- ◆ If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property, to the extent permitted by law. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- ◆ You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- ◆ You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- ◆ You agree not to remove the Property from the U.S. without our prior written consent.
- ◆ You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- ◆ You will pay all taxes and assessments on the Property as they become due.
- ◆ You will notify us with reasonable promptness of any loss or damage to the Property.
- ◆ You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

If this transaction contains a fee or premium for guaranteed automobile protection, all holders and assignees of this Contract are subject to all claims and defenses which the Buyer could assert against the Seller resulting from the Buyer's purchase of guaranteed automobile protection.

## Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.**

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

| N/A | N/A |
|---|---|
| By: | Date |

Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

**Assignment.** This Contract and Security Agreement is assigned to

____N/A____

_____ ,
the Assignee, phone _____N/A_____ . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

☐ This Assignment is made with recourse.

**Seller**

____N/A____
_____
**By:**                                                              **Date**

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

*Stefania Papadimitriou*                          01/20/20
_____
**By:** Stefania Papadimitriou                      **Date**

____N/A____                                          N/A
_____
**By:**                                              **Date**

____N/A____                                          N/A
_____
**By:**                                              **Date**

**Notice to Buyer.** (1) Do not sign this Contract before you read it or if it contains any blank spaces (other than serial numbers or identifying marks unavailable at this time). (2) You are entitled to a completely filled-in copy of this Contract.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

*Stefania Papadimitriou*                          01/20/20
_____
**By:** Stefania Papadimitriou                      **Date**

____N/A____                                          N/A
_____
**By:**                                              **Date**

____N/A____                                          N/A
_____
**By:**                                              **Date**

**Seller**

[signature]                                          01/20/20
_____
**By:** CARVANA, LLC                                **Date**

Retail Installment Contract-CO Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

*SP*
RSSIMVLFLZCO 10/10/2015

_____ Page 5 of 5

DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER.

# STATE OF COLORADO
## CERTIFICATE OF TITLE
### MOTOR VEHICLE

| TITLE NUMBER | 003895440 |
| --- | --- |
| ODOMETER | 95459 A |

**ODOMETER LEGEND:**
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage: WARNING ODOMETER DISCREPANCY

| VIN | YEAR | MAKE | MODEL |
| --- | --- | --- | --- |
| 1C4RJFAG8CC342690 | 2012 | JEEP | GRAND CHEROKEE |

WEIGHT
4660

**TITLE BRANDS**

DATE PURCHASED
20-Jan-2020

CARVANA, LLC
PO BOX 29002
PHOENIX AZ  85038-9002

DATE ACCEPTED
10-Aug-2020

DATE ISSUED
10-Aug-2020

ISSUED BY
ARAPAHOE

OWNER
STEFANIA PAPADIMITRIOU

| PREVIOUS TITLE NUMBER | PREVIOUS TITLE STATE |
| --- | --- |
| BK05019341106 | AZ |

Pursuant to C.R.S 42-6-109(3) a person transferring ownership of a vehicle may voluntarily notify the Department of Revenue, Division of Motor Vehicles within five days of transfer of ownership at mydmv.colorado.gov.  If properly notified the person transferring ownership is not held liable in or subject to any civil or criminal action brought against the transferring owner or vehicle pursuant to C.R.S 42-6-109(3)(d).

FIRST LIENHOLDER
CARVANA, LLC
PO BOX 29002 PHOENIX AZ 85038-9002

| RECEIVED | MATURITY |
| --- | --- |
| 10-Aug-2020 | 10-Aug-2030 |
| EXTENSION | LIEN AMOUNT |
| | 15,837.50 |

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle

Lienholder's Name
_____

Authorized Agent's Signature          Date
_____

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED.
SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN

EXECUTIVE DIRECTOR. COLORADO DEPARTMENT OF REVENUE
LU CÓRDOVA

L0044736245

05168960



KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

VOID IF ALTERED

**TRANSFER OF OWNERSHIP/BUYER(S) REQUIREMENT-** Upon the sale or transfer of a motor vehicle the owner in whose name the certificate of title is issued shall execute a formal transfer of the vehicle. Within **60 days** the buyer shall present the certificate of title together with an application for title to an authorized agent pursuant to C.R.S. 42-6-110.

**TRANSFER OF OWNERSHIP/SELLER(S) REQUIREMENT-** When the owner of a motor vehicle transfers or assigns the certificate of title to a buyer, the registration of such vehicle shall expire and the seller shall remove the license plates pursuant to C.R.S. 42-3-115.

**ODOMETER CERTIFICATION -** Federal and state law requires the seller to declare the mileage of the motor vehicle and requires the buyer to acknowledge the mileage of the motor vehicle upon transfer of ownership. The seller and buyer are required to print and sign their name to acknowledge the mileage pursuant to 49 USC 327.

**THE SELLER(S) CERTIFIES, UNDER PENALTY OF PERJURY IN THE SECOND DEGREE, THAT THE SELLER(S) SIGNATURE(S) RELEASES AND TRANSFERS INTEREST IN THE VEHICLE AND THE ODOMETER READING AND DECLARATION ARE TRUE AND CORRECT TO THE BEST OF THEIR KNOWLEDGE.**

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW**

### ASSIGNMENT BY OWNER(S)

| | | |
|---|---|---|
| Odometer Reading ___ No Tenths | ☐ Actual Mileage<br>☐ Mileage in excess of Mechanical Limits<br>☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Signature Acknowledges Odometer Reading |
| Seller's Signature | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) (must be the same as it appears on the face of the title) | | Buyer's Hand Printed Name |
| Seller's Signature | | Buyer's Hand Printed Name |
| Seller's Hand Printed Name(s) (must be the same as it appears on the face of the title) | Date of Sale | Buyer's Physical Address |
| Seller's Signature | Purchase Price | Buyer's City, State, ZIP |

**THE FOLLOWING REASSIGNMENT MAY ONLY BE USED BY LICENSED DEALERS.**

### 1ST DEALER REASSIGNMENT

| | | |
|---|---|---|
| Odometer Reading ___ No Tenths | ☐ Actual Mileage<br>☐ Mileage in excess of Mechanical Limits<br>☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 2ND DEALER REASSIGNMENT

| | | |
|---|---|---|
| Odometer Reading ___ No Tenths | ☐ Actual Mileage<br>☐ Mileage in excess of Mechanical Limits<br>☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

### 3RD DEALER REASSIGNMENT

| | | |
|---|---|---|
| Odometer Reading ___ No Tenths | ☐ Actual Mileage<br>☐ Mileage in excess of Mechanical Limits<br>☐ Not Actual - Warning: Odometer Discrepancy | Buyer's Hand Printed Name(s) |
| Selling Dealer Name | License Number | Buyer's Signature Acknowledges Odometer Reading |
| Agent's Hand Printed Name | Date of Sale | Buyer's Hand Printed Name(s) |
| Agent's Signature | Purchase Price | Buyer's Hand Printed Name |
| Auction Name (When Applicable) | Auction Number | Buyer's Physical Address, City, State, ZIP |

**• NO ADDITIONAL REASSIGNMENTS PERMITTED - Last Assignee must obtain title in their name(s)**

Case:20-14714-EEB   Doc#:28   Filed:12/04/20   Entered:12/04/20 09:30:59   Page11 of 27





Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

# 2012 Jeep Grand Cherokee Prices and Values
## Utility 4D Laredo 4WD

 CHANGE CAR    ⊕ COMPARE



📷 **View more photos & video (20)**

#### See other trim levels

| Utility 4D Laredo 4WD | ⌄ |
|---|---|

Case:20-14714-EPK   Doc#:28   Filed:12/04/20   Entered:12/04/20 09:30:59   Page12 of 27

# Values & Cost Details ⓘ

**Pricing**          **Cost to Own**

## Rough Trade-In

| | |
|---|---|
| Base Price | $6,900 |
| Mileage (105,475) | $125 |
| Total Base | $7,025 |
| Options | N/A |
| | **$7,025** |

## Average Trade-In

| | |
|---|---|
| Base Price | $8,000 |
| Mileage (105,475) | $125 |
| Total Base | $8,125 |
| Options | N/A |
| | **$8,125** |

## Clean Trade-In

| | |
|---|---|
| Base Price | $8,900 |
| Mileage (105,475) | $125 |
| Total Base | $9,025 |
| Options | N/A |
| | **$9,025** |

## Clean Retail

| | |
|---|---|
| Base Price | $11,525 |
| Mileage (105,475) | $125 |
| Total Base | $11,650 |
| Options | N/A |
| | **$11,650** |

Selling Your Car?
**Get an Online Offer**
in 2 Minutes.

Case:20-14714-EEB Doc#:28 Filed:12/04/20 Entered:12/04/20 09:30:59 Page13 of 27

**Options** (add)

# Used 2012 Jeep Grand Cherokee Near You

**2012 Jeep listings within 25 miles of your ZIP code.**

**26 found**                                                                                    **View All**



**Silver Grand Cherokee**
Mileage: 114,648
Distance: 5 miles



**Blue Grand Cherokee**
Mileage: 104,740
Distance: 9 miles



**Black Grand Cherokee**
Mileage: 130,056
Distance: 9 miles



**Black Grand Cherokee**
Mileage: 75,662
Distance: 10 miles

                                                                              **Go**

# Vehicle History Report

## Get answers to buy with confidence. Save when you purchase multiple reports.

✔ Check whether an accident has been reported on the vehicle

✔ Check for severe damage, salvage, and theft



**VEHICLE IDENTIFICATION NUMBER**

Vehicle Identification Number



**Get Report**

🔔 **Get Car Price Change Alerts**

Email address　　　**Notify Me**

Privacy Policy　Additional Alerts ⌄

Case:20-14714-EPK　　Doc#:28　Filed:12/04/20　　Entered:12/04/20 09:30:59　　Page16 of 27

## Jeeps for Sale

Find 2012 Jeep Grand Cherokee listings near you.



See Listings    >

## Find Your Auto Insurance

When shopping gets hard, keep it simple and save an average of $536* with State Farm.



Get A Quote    >

Disclaimer

## Car Selling Services

List your car in minutes on AutoTrader.com.



Sell Your Car    >

## Free Dealer Price Quotes

Get free quotes from dealers near you.

Get A Quote    >

## New & Used Auto Loans

Compare real, custom loan offers from multiple lenders in minutes!

lendingtree

Find Your Best Rates    >

Case:20-14714-EPK    Doc#:28    Filed:12/04/20    Entered:12/04/20 09:30:59    Page17 of 27

# Recommended Competitors

Recommended vehicles based on NADAguides.com audience feedback. The values listed below are based on MSRP and does not include any incentives, trade-in, options, or other adjustments.

**2021 Volvo XC90**



$1,257/month
$1,051 more

**2021 Subaru Forester**



$444/month
$238 more

**See Full Comparison**

# New & Used Car Search

Select from one or more dropdowns below, to find the right car for you. You can filter by car price, year, and make. For a more robust search, navigate to our official Car Finder Tool.

Price

| All Prices ∨ |
| --- |

Year

| All Years ∨ |
| --- |

Make

| All Makes ∨ |
| --- |

**See all cars**

**Popular Jeep Models**

**Popular Jeep Vehicles**

## Transaction History

| Transaction Date | Transaction Event Amount | Transaction Event | Reversal Reason | NSF Date | Fee Type | Current Due Date | Amount Due | Partial Pay | Remaining Due | Principal | Interest | Late Fee | Legacy Fee | Other Fee | Per Diem | Days Between Payments | Next Due Date | Principal Outstanding | Receipt Number | Lut Number | Check Number | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2020 | (5.00) Late Fee Assessment | | | | | 10/20/2020 | 398.00 | 8.00 | 398.00 | 0.00 | 0.00 | (5.00) | 0.00 | 0.00 | 8.35 | | 10/20/2020 | 15,318.61 | 0 | | 0 | 11/4/2020 |
| 9/16/2020 | 156.82 Principal Only Payment--Electronic Payment | | | | | 10/20/2020 | 398.00 | 8.00 | 398.00 | 156.82 | 0.00 | 0.00 | 0.00 | 0.00 | 8.35 | 1 | 10/20/2020 | 15,318.61 | 4499723 | 10596066413 | 10592 | 9/16/2020 |
| 9/15/2020 | 400.00 Normal Payment--ONE TIME ACH PAYMENT | | | | | 9/20/2020 | 398.00 | 8.00 | 398.00 | 73.51 | 326.49 | 0.00 | 0.00 | 0.00 | 8.44 | 32 | 10/20/2020 | 15,475.43 | 24798335 | | 10592 | 9/15/2020 |
| 8/14/2020 | 400.00 Normal Payment--ONE TIME ACH PAYMENT | | | | | 8/20/2020 | 398.00 | 6.00 | 392.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 8.48 | 30 | 9/20/2020 | 15,548.94 | 24111973 | | 10592 | 8/14/2020 |
| 7/15/2020 | 400.00 Normal Payment--ONE TIME ACH PAYMENT | | | | | 7/20/2020 | 398.00 | 4.00 | 394.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 8.48 | 28 | 8/20/2020 | 15,548.94 | 23446668 | | 10592 | 7/15/2020 |
| 6/17/2020 | 400.00 Normal Payment--ONE TIME ACH PAYMENT | | | | | 6/20/2020 | 398.00 | 2.00 | 396.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 8.48 | 96 | 7/20/2020 | 15,548.94 | 22852285 | | 10592 | 6/17/2020 |
| 5/21/2020 | 0.00 Extension | | | | | 5/20/2020 | 398.00 | 0.00 | 398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.48 | | 6/20/2020 | 15,548.94 | 0 | | 0 | 5/21/2020 |
| 4/23/2020 | 0.00 Extension | | | | | 4/20/2020 | 398.00 | 0.00 | 398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.48 | | 5/20/2020 | 15,548.94 | 0 | | 0 | 4/23/2020 |
| 3/19/2020 | 398.00 Normal Payment--DT Auto Pay | | | | | 3/20/2020 | 398.00 | 0.00 | 398.00 | 149.69 | 248.31 | 0.00 | 0.00 | 0.00 | 8.48 | 29 | 4/20/2020 | 15,548.94 | 20967614 | | 10592 | 3/19/2020 |
| 2/19/2020 | 398.00 Normal Payment--DT Auto Pay | | | | | 2/20/2020 | 398.00 | 0.00 | 398.00 | 138.87 | 259.13 | 0.00 | 0.00 | 0.00 | 8.56 | | 3/20/2020 | 15,698.63 | 20374233 | | 10592 | 2/19/2020 |

| | |
|---|---|
| Jeep Compass | 2021 Jeep Wrangler |
| Jeep Cherokee | 2021 Jeep Grand Cherokee |
| Jeep Grand Cherokee | 2020 Jeep Grand Cherokee |
| Jeep Wrangler | 2020 Jeep Wrangler Unlimited |
| Jeep Renegade | 2020 Jeep Gladiator |
| Jeep Wrangler Unlimited | 2020 Jeep Cherokee |
| Jeep Gladiator | 2019 Jeep Compass |
| Jeep Wrangler JK Unlimited | 2019 Jeep Renegade |
| Jeep Wrangler JK | 2019 Jeep Cherokee |
| Jeep Patriot | 2017 Jeep Compass |

## Car Shopping Guides

## Cars By Price

| | |
|---|---|
| 10 Most Popular Small Cars | Under $15,000 |
| 10 Most Popular Hatchbacks an... | $15,000 – $25,000 |
| 10 Most Popular Trucks | $25,000 – $35,000 |
| 10 Most Popular Midsize SUVs ... | $35,000 – $45,000 |
| 10 Most Popular Luxury Cars | $45,000 – $55,000 |
| Most Reliable Crossovers and S... | $55,000 – $65,000 |
| 2019 Vehicle Dependability: Mo... | $65,000 – $75,000 |
| 10 Most Popular Luxury SUVs a... | Over $75.000 |
| 10 Most Popular Large SUVs an... | |
| 2019 Vehicle Dependability: Mo... | |

© 2020 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION**

IN RE:

Stefania Kelepouris,                                    Case Number: 20-14714
*fka Stefania Papadimitriou*
      Debtor

Carvana LLC,                                            Chapter 7
      Movant

v.

Stefania Kelepouris, Debtor,
Jeffrey A. Weinman, Trustee,
      Respondents                                 Judge: Elizabeth E. Brown

---

### AFFIDAVIT IN COMPLIANCE WITH C.L.B.R. 4002-2(c) AND SCRA

     I, Jon J. Lieberman, being of lawful age, first duly sworn, hereby state as follows:

     I am an attorney for Movant, employed by Sottile & Barile, Attorneys at Law.  Based upon the records provided to Sottile & Barile, Attorneys at Law by Movant on December 3, 2020, a search was performed on the Department of Defense Manpower Data Center ("DMDC"), and upon searching the information data banks of the DMDC, the DMDC does not possess any information indicating that the Debtor, Stefania Kelepouris *fka Stefania Papadimitriou*, is currently on active duty as to all branches of the military. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: 12/3/2020

                                      _____
                                     Name:  Jon J. Lieberman
                                     Title:  Attorney for Movant

**THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED** before me, personally, on this __3__ day of _December_, 2020, by Jon J. Lieberman who is personally known to me. **IN TESTIMONY WHEREOF**, I have hereunto subscribed by name and affixed my seal of office the date and year last written.

                                        _____
                                    NOTARY PUBLIC
                                    My commission expires: _3/14/2024_

NATHAN M. HUITGER
Notary Public, State of Ohio
My Commission Expires 03-14-2024

NOTARIAL SEAL
STATE OF OHIO

Department of Defense Manpower Data Center

Results as of : Dec-03-2020 08:18:34 AM

SCRA 5.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:                XXX-XX-3510
Birth Date:
Last Name:       KELEPOURIS
First Name:      STEFANIA
Middle Name:
Status As Of:    Dec-03-2020
Certificate ID:   9PP446G5M7HVVDT

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Dec-03-2020 08:19:14 AM

SCRA 5.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:              XXX-XX-3510
Birth Date:
Last Name:     PAPADIMITRIOU
First Name:    STEFANIA
Middle Name:
Status As Of:  Dec-03-2020
Certificate ID: P79BLRGL0FS9QZ8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | NA | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Label Matrix for local noticing
1082-1
Case 20-14714-EEB
District of Colorado
Denver
Wed Dec  2 08:43:30 MST 2020

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Barclay's Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Barclays Bank Delaware
Attn  Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

Patti H Bass
3936 E Ft Lowell Rd
Suite 200
Tucson, AZ 85712-1083

Bridgecrest
PO Box 29018
Phoenix, AZ 85038-9018

Capital One
Correspondance
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Colorado Attorney General
1525 Sherman St Ste 700
Denver, CO 80203-1700

Colorado Department of Revenue
Attn  Bankruptcy Unit, Room 504
1375 Sherman Street
Denver, CO 80261-0001

Credit Union 1
2651 Paseo Verde Pkwy
Henderson, NV 89074-6616

DSNB./Macys
PO Box 8218
Monroe, OH 45050

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Enerbank USA
1245 E Brickyard Rd.  - Ste 640
Salt Lake City, UT 84106-2581

Enerbank USA
1245 East Brickyard Road, Suite 600
Salt Lake City, UT 84106-2562

Fed loan Service
PO Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Stefania Kelepouris
PO Box 472528
Aurora, CO 80047-2528

Lending Club
595 Market Street - Ste 200
San Francisco, CA 94105-2807

Machol & Johannes, LLC
700 17th Street, Suite 200
Denver, CO 80202-3558

Midland Credit Management
320 East Big River  - #300
Troy, MI 48083

Midland Credit Management Inc.
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding
350 Camino De La Reine Ste. 100
San Diego, CA 92108-3007

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Portfolio Recovery
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery And Associates1
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Jane M. Roberson
720 S. Colorado Blvd.
Ste., 630-S
Denver, CO 80246-1953

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500

Special Assistant US Attorney Office
1801 California Streetm Suite 1600
Denver, CO 80202-2628


Sychrony Bank
PO Box 960061
Orlando, FL 32896-0061

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848


TD Bank USA/Target Credit
NCD-0450
PO Box 1470
Minneapolis, MN 55440-1470

TD Bank, USA
by American InfoSource as agent
PO Box 248866
Oklahoma City, OK  73124-8866

The Home Depot
5800 South Corporate Place
Sioux Falls, SD 57108-5027


U.S. Department of Justice
Attn  Jefferson Sessions - Attorney Gen.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Veteran's Administration
155 Van Gordon St
Lakewood, CO 80228-1709


Jeffrey A. Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial Services
PO Box 15316
Wilmington, DE 19850-5316

JP Morgan Chase Bank
PO Box 15369
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Comenity Bank
attn  Bankruptcy
PO Box 182125
OK 73218

(u)Oliphant Usa, LLC

(d)Jeffrey A. Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

End of Label Matrix
Mailable recipients     45
Bypassed recipients      3
Total                   48